UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PAULINE CALDWELL,

    Plaintiff,

v.

STATE OF WASHINGTON DEPARTMENT OF SOCIAL AND HEALTH SERVICES, et al.,

    Defendants.

CASE NO. C05-435JLR

MINUTE ORDER

    The following minute order is made by the direction of the court, the Honorable James L. Robart:

    The court is in receipt of Plaintiff's application to designate a mediator pursuant to Local Rules W.D. Wash CR 39.1(c)(3). The court designates Richard Yarmuth, (206) 516-3870. Pursuant to the Local Rules, Plaintiff's counsel is responsible for arranging a telephonic conference with Mr. Yarmuth and counsel for each party. Id. at CR 39.1(c)(4). If either party objects to the court's designation of Mr. Yarmuth as mediator, that party must file their objection within three (3) days of the date of this order.

    The parties' current scheduling order calls for mediation to take place no later than July 17, 2006 (Dkt. # 14). Mr. Yarmuth has graciously agreed to make his calendar available for several possible dates between now and the mediation deadline. The court

MINUTE ORDER – 1

trusts that the parties will find an agreeable date that complies with the current scheduling order; however, if the parties cannot schedule mediation before July 17, 2006, the parties should select a tentative date that falls as soon as possible after the deadline and move the court to amend its prior scheduling order.

The court directs the Clerk to send a copy of this minute order to:

> Richard Yarmuth
> Yarmuth Wilsdon Calfo, PLLC
> The IDX Tower
> 925 Fourth Avenue, Suite 2500
> Seattle, WA 98104

Filed and entered this 26th day of June, 2006.

BRUCE RIFKIN, Clerk

By s/Mary Duett
Deputy Clerk

MINUTE ORDER – 2